THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Commodity Futures Trading Commission**

                    Plaintiff(s),        Case No.   2:22-cv-3091

vs.                                      Chief Judge Marbley

                                            Magistrate Judge Jolson

**Rathnakishore Giri, et al.**

                    Defendant(s)

### **ENTRY OF DEFAULT**

It appears that the Defendants, ***Rathnakishore Giri; SR Private Equity, LLC; NBD Eidetic Capital, LLC; Giri Subramani; and Loka Pavani Giri*** are in default, having failed to plead or otherwise defend in this cause as required by law; Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against Defendants, ***Rathnakishore Giri; SR Private Equity, LLC; NBD Eidetic Capital, LLC; Giri Subramani; and Loka Pavani Giri*** on this November 7, 2022.

                                                      Richard W. Nagel, Clerk
                                                      United States District Court
                                                      Southern District of Ohio

                                                   By: /s/ Jodi L. Keener
                                                       Jodi L. Keener, Deputy Clerk